UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-00415-CJC (VBK) | Date | January 28, 2009 |
|---|---|---|---|
| Title | In the Matter of the Extradition of Servando Hurtado Rosales | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**    **(IN CHAMBERS)**

A status conference in this matter will be held on February 11, 2009 at 1:00 p.m. before Magistrate Judge Victor B. Kenton in Courtroom H on the Ninth Floor of the United States Courthouse, 312 North Spring Street, Los Angeles 90012.

The parties shall confer prior to the status conference regarding a briefing schedule and a proposed date for the extradition hearing.

_____ : _____
Initials of Preparer    RH